HUNDRED EAST CREDIT CORPORATION v. ERIC SCHUSTER CORPORATION v. NORTH AMERICAN PHILIPS CORP., ET AL. v. DATA SYSTEMS OF NEW JERSEY, INC., ET AL.

December 16, 1986.

Cross-petition for certification denied. (See 212 *N.J.Super.* 350)

NEW JERSEY TURNPIKE AUTHORITY v. ALLIED OUTDOOR ADVERTISING, INC., ET AL.

———

NEW JERSEY TURNPIKE AUTHORITY v. ALLIED OUTDOOR ADVERTISING, INC., ET AL.

December 16, 1986.

Petition for certification denied.

HILARIO PAEZ v. CHARLES P. YABLONSKY, M.D.

December 16, 1986.

Petition for certification denied.